UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 3:08-cv-910-J-34MCR

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff,<br>and | )<br>)<br>) |
| SUSANNE LEONARD F/K/A<br>SUSANNE HERNDON | )<br>)<br>) |
| Plaintiff-Intervenor,<br>v. | )<br>)<br>) |
| CHOATE CONSTRUCTION COMPANY, INC., | )<br>) |
| Defendant. | )<br>) |

**JOINT MOTION FOR PERMISSION TO CONDUCT DEPOSITION
OF GREG ROBERTS OUTSIDE OF THE DISCOVERY PERIOD**

Pursuant to Federal Rule of Civil Procedure 16(b), the parties request permission to depose Greg Roberts, a former employee of Defendant, outside of the discovery period on September 30, 2009.  In support of this motion, the parties state the following:

1. On January 8, 2009, the Court issued its Case Management and Scheduling Order closing discovery on September 15, 2009. (DE 13)

2. Since the discovery period began, the parties have continuously conducted discovery.

3. On August 14th, EEOC served Greg Roberts with a subpoena for deposition scheduled for August 31, 2009.  Defendant also served Roberts on August 17th for the same deposition.  Greg Roberts is a former employee of Defendant and was allegedly involved in decisions concerning Charging Party's employment.

4. In response to the subpoenas, Roberts sent a letter to the parties stating that he could not attend his August 31st deposition because his attorney was unavailable to attend with him.

5. EEOC sent Roberts a letter seeking information about his availability and Roberts responded on August 25th.

6. On August 28, 2009, the parties conducted a telephone conference with Roberts' attorney, who advised that he and Roberts are available for a deposition on September 30, 2009, which is after the discovery cut-off.

7. Greg Roberts is a key witness and his testimony is necessary to Plaintiffs' claims and Defendant's defenses. Therefore, the parties seek permission to depose Roberts on September 30, 2009, outside the discovery period.

## **MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 16 (b), a schedule can be modified upon a showing of good cause. The moving party must also demonstrate to the court that it exercised diligence as to the matter that is the subject of the motion. Southern Grouts & Mortars, Inc. v. 3M Company, 2009 U.S. App. LEXIS 16600 (11th Cir. 2009). A party must show that the original schedule cannot be met despite the diligence of the party seeking the extension. Sosa v. Airprint Systems, 133 F. 3d 1417 (11th Cir. 1998). When reviewing a discovery motion district courts are accorded wide discretion. Selby v. Tyco Healthcare Group, L.P. 301 Fed. Appx. 908 (11th Cir 2008).

Both parties are requesting a modification of the scheduling order with good cause and have exercised diligence in obtaining the deposition of Roberts, as set forth above. A two week delay in conducting the deposition will not disrupt the pretrial deadlines in this case; the parties do not seek an extension of time to depose Roberts to delay these proceedings or otherwise interrupt the Court's pretrial schedule.

WHEREFORE, the parties respectfully request that the Court grant this motion seeking permission to depose Greg Roberts on September 30, 2009.

Respectfully Submitted,

| | |
|---|---|
| MICHAEL J. O'BRIEN<br>Acting Regional Attorney<br><br>MARIA KATE BOEHRINGER<br>Supervisory Trial Attorney<br><br>/s/Aarrin Golson<br>AARRIN GOLSON<br>Trial Attorney<br>Florida Bar No. 892491<br>UNITED STATES EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Miami District Office<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 808-1783<br>Facsimile: (305) 808-1835<br>Email:  aarrin.golson@eeoc.gov<br><br>*Attorneys for EEOC*<br><br>/s/P.Daniel Williams<br>P. DANIEL WILLIAMS<br>MAGID & WILLIAMS<br>3100 University Boulevard South, Suite 115<br>Jacksonville, FL 32216<br>Telephone: (904)725-6161<br>Facsimile: (904)725-3410<br><br>*Attorney for Plaintiff-Intervenor* | /s/Melissa Dearing<br>ERIC HOUSLER<br>Florida Bar No. 307734<br>eric.holshouser@fowlerwhite.com<br><br>Melissa Dearing<br>Florida Bar No. 0168718<br>melissa.dearing@fowlerwhite.com<br><br>FOWLER WHITE BOGGS, P.A.<br>50 N. Laura Street, Suite 2800<br>Jacksonville, FL 32202<br>Telephone: (904)446-2655<br>Facsimile: (904)387-9340<br><br>*Attorneys for Defendant* |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 3rd day of September 2009 by CM/ECF, which will provide electronic notification to counsel of record P. Daniel Williams of Magid & Williams, P.A., 3100 University Blvd. South, Suite 115, Jacksonville, FL  32216 and upon Melissa A. Dearing and Eric Holshouser of Fowler White Boggs, P.A., 50 North Laura Street, Suite 2800, Jacksonville, FL  32202.

/s/ Aarrin Golson
AARRIN GOLSON