UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,
      and

                                Case No.  3:08-cv-910-J-32MCR

SUSANNE LEONARD F/K/A
SUSANNE HERNDON

      Plaintiff-Intervener,

vs.

CHOATE CONSTRUCTION COMPANY, INC.,

      Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Permission to Conduct Deposition of Greg Roberts Outside of the Discovery Period (Doc. 38) filed September 3, 2009.

Discovery was scheduled to close in the above-captioned matter on September 15, 2009; however, the parties have agreed to extend discovery until September 30, 2009 for the limited purpose of conducting the deposition of Greg Roberts.  Mr. Roberts is reportedly a former employee of Defendant, whose testimony is necessary to Plaintiffs' claims and Defendant's defenses.  Through no fault of the parties, Mr. Roberts is unable to attend his deposition until September 30, 2009.  A fifteen day extension of

the discovery deadline for the purpose of deposing Mr. Roberts will not disrupt the Case Management and Scheduling Order (Doc. 13) entered in the above-captioned matter. The Court finds this Motion is due to be granted.  Discovery is closed as to all other matters.

Accordingly, after due consideration, it is

**ORDERED**:

Parties' Joint Motion for Permission to Conduct Deposition of Greg Roberts Outside of the Discovery Period (Doc. 38) is **GRANTED**.  Defendants shall have an extension until September 30, 2009, for the limited purpose of deposing Mr. Roberts.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  8th  day of September, 2009.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party