UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
        Plaintiff
and

SUSANNE LEONARD,
        Plaintiff-Intervenor,

vs.                              Case No. 3:09-cv-910-J-34MCR

CHOATE CONSTRUCTION COMPANY, INC.,
        Defendant.

## MEDIATION REPORT

In accordance with the Court's mediation orders, a mediation conference was held on Monday, September 14, 2009, and the results of that conference are indicated below:

    1. All parties/designated representatives and their trial counsel were in attendance.

    2. The outcome was that the case has not been resolved, but it is not at impasse. The mediator is in contact with the parties for continuing discussions.

    Done this 22nd day of September, 2009 in Jacksonville, Florida.

                                        /S/ Alexandra K. Hedrick
                                        Alexandra K. Hedrick
                                        Alexandra Hedrick, PL
                                        Florida Certified Mediator
                                        4446 Hendricks Ave., Suite 398
                                        Jacksonville, FL 32207
                                        904-398-3988

cc: All Counsel of Record via Email