**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

and

SUSANNNE LEONARD,

      Plaintiff-Intervenor,

-vs-                                 Case No.  3:08-cv-910-J-34MCR

CHOATE CONSTRUCTION COMPANY, INC.,

      Defendant.
_____

**O R D E R**

    **THIS CAUSE** is before the Court sua sponte.  On September 22, 2009, the mediator in this matter filed a report indicating that the case had not been resolved, but that an impasse had not been declared, and the parties were continuing their discussions.  See Mediation Report (Dkt. No. 44).  Accordingly, it is **ORDERED**:

    On or before **November 19, 2009**, the parties shall advise the Court as to the status of the mediation.

    **DONE AND ORDERED** in Jacksonville, Florida, this 5th day of November, 2009.

                                            MARCIA MORALES HOWARD
                                            United States District Judge

ja

Copies to:

Counsel of Record
Alexandra K. Hedrick, Mediator