UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 3:08-cv-910-J-34MCR

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, and | ) ) ) |
| SUSANNE LEONARD F/K/A SUSANNE HERNDON | ) ) ) |
| Plaintiff-Intervenor, v. | ) ) ) |
| CHOATE CONSTRUCTION COMPANY, INC., | ) ) |
| Defendant. | ) ) |

## MEDIATION STATUS REPORT

The Parties conducted Mediation with Sandra Hedrick. After the Mediation Session, the parties continued to negotiate with Hedrick's assistance. There is currently a counteroffer pending. Mediation has not reached an impasse at this time.

The Parties will continue in good faith to conduct settlement negotiations.

Respectfully Submitted,

| | |
|---|---|
| MICHAEL J. O'BRIEN<br>Acting Regional Attorney | /s/Melissa Dearing<br>ERIC HOUSLER<br>Florida Bar No. 307734 |
| MARIA KATE BOEHRINGER<br>Supervisory Trial Attorney | eric.holshouser@fowlerwhite.com |
| | MELISSA DEARING |
| /s/Aarrin Golson | Florida Bar No. 0168718 |
| AARRIN GOLSON<br>Trial Attorney | melissa.dearing@fowlerwhite.com |
| Florida Bar No. 892491 | FOWLER WHITE BOGGS, P.A. |
| UNITED STATES EQUAL EMPLOYMENT | 50 N. Laura Street, Suite 2800 |
| OPPORTUNITY COMMISSION | Jacksonville, FL 32202 |
| Miami District Office | Telephone: (904)446-2655 |
| One Biscayne Tower | Facsimile: (904)387-9340 |
| 2 South Biscayne Blvd., Suite 2700 | |
| Miami, FL 33131 | *Attorneys for Defendant* |
| Telephone: (305) 808-1783 | |
| Facsimile: (305) 808-1835 | |
| Email:  aarrin.golson@eeoc.gov | |

*Attorneys for EEOC*

/s/P.Daniel Williams
P. DANIEL WILLIAMS
MAGID & WILLIAMS
3100 University Boulevard South, Suite 115
Jacksonville, FL 32216
Telephone: (904)725-6161
Facsimile: (904)725-3410

*Attorney for Plaintiff-Intervenor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 19th day of November 2009 by CM/ECF, which will provide electronic notification to counsel of record P. Daniel Williams of Magid & Williams, P.A., 3100 University Blvd. South, Suite 115, Jacksonville, FL  32216 and upon Melissa A. Dearing and Eric Holshouser of Fowler White Boggs, P.A., 50 North Laura Street, Suite 2800, Jacksonville, FL  32202.

/s/ Aarrin Golson
AARRIN GOLSON