## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

SUSANNNE LEONARD,

    Plaintiff-Intervenor,

-vs-                                      Case No. 3:08-cv-910-J-34MCR

CHOATE CONSTRUCTION COMPANY, INC.,

    Defendant.
_____

## O R D E R

**THIS MATTER** comes before the Court sua sponte. On January 14, 2010, the Court was advised via telephone by Eric Holshouser, counsel for Defendant Choate Construction Company, Inc., that this matter has been completely settled. In light of this representation, it is hereby

**ORDERED:**

1. The parties shall have until **March 15, 2010**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **March 15, 2010**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for January 19, 2010, is cancelled, and this case is removed from the February 2010, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of January, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

-2-